IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re:<br><br>**MILLENNIUM PLAZA, LLC**<br>**BRANSON PROPERTY, LLC**<br><br>Debtor(s) | Case #13-60906-abf11<br>Chapter 11<br><br>Substantively consolidated |

## NOTICE OF APPLICATION FOR ATTORNEY FEES AND EXPENSES

1.  On September 3, 2014, Counsel for Debtor filed a First and Final Application for the period and amounts below:

    A.  Period covered: June 3, 2013 through August 31, 2014.
    B.  $84,350.00 fees for 346.93 hours of legal service.
    C.  $8,658.44 expenses.

2.  Previous applications: Number: None

    A.  Total of amounts previously sought:
        $ -0- fees; $-0- expenses.

    B.  Total of amounts previously allowed:
        $-0- fees; $-0- expenses.

3.  Original retainer: $10,000.00
    Total payments received, including retainer $29,426.00
    Balance before this application: $63,582.44 (total of fees and expenses)

4.  Within 21 days from the date of service of this notice, creditors may file objections as to why the Application should not be granted with the **U.S. Bankruptcy Court, Room 1510, U.S. Courthouse, 400 East 9th Street, Kansas City, Missouri 64106, and serve a copy on Debtor's counsel.** The Application and accompanying time sheets are on file and available for inspection in the Office of the Clerk during regular business hours. If objections are timely filed, the Court will rule the matter from the pleadings or set the objection for a hearing, if appropriate. If no objections are filed, the Court will enter its order without further notice.

Date:    September 3, 2014.

                     /s/    Ronald S. Weiss
                          Ronald S. Weiss, MO #21215
                          Joel Pelofsky, MO #17929
                          Tracee L. Stout, MO #59930
                          Berman, DeLeve, Kuchan & Chapman, LLC
                          1100 Main Street, Suite 2850
                          Kansas City, MO 64105
                          (816) 471-5900 telephone
                          (816) 842-9955 fax
                          rweiss@bdkc.com
                          jpelofsky@bdkc.com
                          tstout@bdkc.com
ATTORNEYS FOR DEBTOR

## Certificate of Service

I hereby certify that the foregoing Notice was served by electronic mail under the ECF System, or by telecopier or First Class United States Mail, postage prepaid. on September 3, 2014, on all parties identified in the matrix on file in these proceedings.

/s/ **Ronald S. Weiss**
Ronald S. Weiss. MO #21215
Attorney for Debtor